Veronika Fabian, State Bar #018770
Hyung S. Choi, State Bar # 015669
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Ste. 5
Chandler, Arizona  85226
(480) 517-1400 (tel)
(480) 517-6955 (fax)
Veronika@choiandfabian.com
Hyung@choiandfabian.com
 Attorneys for Plaintiffs Harwood

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jacqueline and Jack Harwood, | Case No. 2:10-cv-00902-GMS |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Midland Funding, LLC, Midland Credit Management, Inc., Jerold Kaplan Law Office, P.C., | |
| Defendants. | |

 The parties, through counsel, stipulate and agree that this case be dismissed with prejudice, each party to bear their own costs and attorney's fees.  The reason for the dismissal is that the matter has settled.

/ / /

/ / /

RESPECTFULLY SUBMITTED on September 16, 2011.

CHOI & FABIAN, PLC

 /s/ *Veronika Fabian*
Veronika Fabian
Attorneys for Plaintiffs


FULTON FRIEDMAN & GULLACE  LLP


 /s/ *Cynthia L. Fulton,* with permission
Cynthia L. Fulton
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cynthia L. Fulton
Fulton Friedman & Gullace LLP
2345 E. Thomas Rd., Ste. 460
Phoenix, AZ 85016
Attorney for Defendants


CHOI & FABIAN, PLC

 /s/ *Rosa Sandoval*
Legal Assistant