1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacqueline and Jack Harwood,<br><br>             Plaintiffs,<br><br>vs.<br><br>Midland Funding, LLC, Midland Credit Management, Inc., Jerold Kaplan Law Office, P.C.,<br><br>             Defendants. | Case No.  CV-10-902-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc.  34) and good cause appearing,

**IT IS ORDERED** that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of September, 2011.

*A. Murray Snow*
/G. Murray Snow
United States District Judge